UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HARVEY CLARK<br>*Plaintiff* | CIVIL ACTION NO.: 23-CV-05521 |
| VERSUS | JUDGE:  DARREL J. PAPILLION |
| GEOVERA SPECIALTY INSURANCE COMPANY<br>*Defendants* | MAG. DONNA P. CURRAULT |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**ON MOTION** of **BLOCK LAW FIRM, APLC, JERALD P. BLOCK AND MATTHEW P. HYMEL** and upon suggesting to the Court that they have heretofore represented **HARVEY CLARK** ("Plaintiff"); on further suggesting to the Court that undersigned counsel has decided to discontinue the representation of Plaintiff; consequently, Block Law Firm, APLC, Jerald P. Block and Matthew P. Hymel, desire to withdraw from the representation of Plaintiff and to have their names erased from the record of this proceeding.

On February 20, 2025 the Plaintiff was notified via email (IDA-59-02432-02433) that Block Law Firm, APLC, Jerald P. Block and Matthew P. Hymel would no longer represent him in this proceeding.  Plaintiff was also notified of the upcoming hearings and trial dates and provided with the notices issued by this court (Doc. 16 and 16-1).

On February 21, 2025 the disengagement letter was mailed, via certified mail no. 7020-1290-0001-2411-9467 (the "7020" was erroneously omitted on the letter, but the receipt indicates the correct certified number), to the plaintiff (IDA-59-02430-02431).  The disengagement letter

also notified the Plaintiff of the upcoming hearings and trial dates and provided with the notices issued by this court (Doc. 16 and 16-1) (IDA-69-02434-02444).

On February 28, 2025 Block Law Firm, APLC emailed Plaintiff requesting confirmation of receipt of the disengagement letter and emails (IDA-59-02474).  Once again, Plaintiff was provided with a copy of the disengagement letter and the notices issued by this court (Doc. 16 and 16-1).

On March 11, 2025, Block Law Firm, APLC emailed Plaintiff requesting confirmation of receipt of the disengagement letter and emails.  In addition to the previously provided documents, Plaintiff was sent a set of discovery requests and given the deadline date for responding (IDA-59-02469-02471).  Upon receipt of the March 11, 2025 email, Plaintiff called and spoke to Matthew P. Hymel and his legal assistant, Nadine G. Pinell, and acknowledged the receipt of the email.  As of March 12, 2025, Block Law Firm, APLC has not received a written confirmation from the Plaintiff of receipt of the emails and documents contained therein.  Also, Plaintiff has not accepted the certified letter from the United States Postal Service.   [A copy of all communication is attached hereto and marked as "**Exhibit 1,** *in globo"*.]

Further, this withdrawal of representation will not prejudice the Plaintiff in anyway.  The trial of this matter is scheduled for June 8, 2026, thus allowing the Plaintiff ample time to seek other counsel.

This Motion to Withdraw is being filed pursuant to *Local Rule 83.2.11* of the Eastern District of Louisiana. There are approaching deadlines and to the best of counsels' knowledge, the Plaintiff has been notified about the deadlines and relevant court appearances. The accompanying certificate of service recognizes that the identified Plaintiff has been made aware of all deadlines and pending court appearances.

The last known addresses, phone numbers and email addresses of said client is as follows:

| | |
|---|---|
| Physical address: | 1415 Himalaya Avenue, Apartment 3, Thibodaux, Louisiana 70301; |
| Mailing address: | Post Office Box 288, Shriever, Louisiana 70395; |
| E-mail address: | harvey.l.clark@gmail.com; and |
| Phone number: | 985-228-0564. |

**RESPECTFULLY SUBMITTED:**

Block Law Firm, APLC
422 East First Street (70301)
Post Office Box 108
Thibodaux, Louisiana 70302
Telephone: (985) 446-0418
Facsimile: (985) 446-0422
jpb@blocklawfirm.com
**mph@blocklawfirm.com**

/s/ *Matthew P. Hymel*
JERALD P. BLOCK (#3151)
**MATTHEW P. HYMEL (#38283)**

## CERTIFICATE OF SERVICE

I hereby certify that as of February 20, 2025, February 28, 2025 and March 11, 2025, plaintiff identified herein received notice of all deadlines and pending court appearances by providing him with a copy of the Scheduling Order and Pre-Trial Notice (Doc. 16 and 16-1) and propounded discovery.

I hereby certify that as of March 12, 2025, plaintiff identified herein has been served with a copy of this Motion to Withdraw as Counsel of Record.

I hereby certify that on March 12, 2025 a copy of the foregoing has been electronically filed by using the CM/ECF system, which will send a copy of the foregoing to all counsel of record by notice of electronic filing.

/s/ *Matthew P. Hymel*
MATTHEW P. HYMEL

3